**Opinion issued September 18, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00171-CV

————————————

## IN RE PATRICIA ANN POTTS, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator, Patricia Ann Potts, has filed a petition for a writ of mandamus, seeking an order instructing the local administrative judge to issue an order granting relator permission to file litigation against real party in interest, Affiliated

Computer Services, Inc., and vacating a dismissal order in the underlying trial court cause.[1]

We deny the petition.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Sharp.

---

[1] The petition identifies the underlying case as *Patricia A. Potts, on behalf of her Minor Child, Ally William v. Affiliated Computer Services, Inc., Cricket Communications, Inc., and Community Resource Credit Union*, Cause No. 2012-55959, in the 55th District Court of Harris County, Texas, the Honorable Jeff Shadwick presiding.